STATE of Missouri,
Plaintiff-Respondent,

v.

Larry PETERSON,
Defendant-Appellant.

No. 51233.

Missouri Court of Appeals,
Eastern District,
Division Two.

July 28, 1987.

Motion for Rehearing and/or Transfer
Denied Sept. 2, 1987.

Application to Transfer Denied
Oct. 13, 1987.

STATE of Missouri, Respondent,

v.

Hurley WHITE, Appellant.

No. 51545.

Missouri Court of Appeals,
Eastern District,
Division One.

July 28, 1987.

Motion for Rehearing and/or Transfer
Denied Sept. 2, 1987.

Application to Transfer Denied
Oct. 13, 1987.

Dorothy M. Hirzy, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

## ORDER

PER CURIAM.

Defendant appeals after his conviction by a jury of attempted robbery in the first degree and his sentencing by the trial court as a prior and persistent offender to 15 years' imprisonment, to be served concurrently with a perviously-imposed sentence. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 30.25(b).